**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HECTOR CORTEZ BARRETO,**<br>*Petitioner,*<br><br>v.<br><br>**MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **TODD BLANCHE,** U.S. Attorney General; **JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia**,**<br>*Respondents.* | **Civil No. 26-6389** |

**ORDER**

**AND NOW**, this 11th day of September, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Hector Cortez Barreto and all corresponding briefing, it is hereby **ORDERED** as follows:

1. The petition is **GRANTED** in part for the reasons stated in the accompanying memorandum.

2. Cortez Barreto is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3. Within seven days of the date of this Order, the Government shall provide Cortez Barreto with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

4. The Government shall certify compliance with this Order on the docket no later than 5:00 p.m. on September 18, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge